OTC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

# UNITED STATES DISTRICT COURT
for the

MAY 15 2017

TONY R. MOORE, CLERK
BY: MB
DEPUTY

__Western__ District of __Lousiana__

_____ Division

)
)    Case No. __16-cv-0653__
)
)         (to be filled in by the Clerk's Office)
)

__Silentoe K Foster__
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

__John Mccain - William Hilton -__
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)    Jury Trial: (check one)  ☐ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Silentoe K Foster
Address         9 Bertie St
                Alexandria          La          71306
                    City                State         Zip Code
County          Rapides
Telephone Number
E-Mail Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                    John Sydney Mccain
Job or Title (if known) U.S. Senator
Address                 Arizona
                        Tucson              AZ          71301
                            City                State       Zip Code
County
Telephone Number        (520) 670-61334
E-Mail Address (if known)

☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                    Sheriff William Earl Hilton
Job or Title (if known) Sheriff
Address                 700 Murray St. Alexandria
                        Alexadria           La          71301
                            City                State       Zip Code
County                  Rapides Parish
Telephone Number        (318) 473-6700
E-Mail Address (if known)

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name: _Western District Court_

Job or Title *(if known)*: _____

Address: _US Court House_

_300 Jackson_  _La_  _71301_
City                State        Zip Code

County: _Rapides Parish_

Telephone Number: _318-445-1890_

E-Mail Address *(if known)*: _Clerk @ lawd. US Courts_

☐ Individual capacity    ☑ Official capacity

Defendant No. 4

Name: _Richard Starling JR_

Job or Title *(if known)*: _Judge Richard Starling_

Address: _____

_Alexandria_  _La_  _71301_
City                State        Zip Code

County: _Rapides Parish_

Telephone Number: _____

E-Mail Address *(if known)*: _____

☑ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Right to equal protection of Law / Right to confront my accuser / Right to Council /_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

*Each defendant under color of law went out side of protocol*

III.   **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

*Alexandria La, Baton Rouge Sepository, Cloutierville run*

B.   What date and approximate time did the events giving rise to your claim(s) occur?

*From July 16, 2015 - May 15 2017*

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

*Several groups tried to condemn me with out proper council*

Page 4 of 6

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained head injuries, disease body parts to some level shorter life span (naturally), lost if personal goods, annual infection, and lost of vision

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I desire total damages for decrease in years of my life. which I was told I'd live long time naturally. I had 20/20 vision but am dealing with vision depletion by day. I request damages concerning my right to privacy being ruined due to these indivisuals spreading rumors I was up to trouble but also intentially cause me to suffer property loss and departure from resteraunts and motels. when there was no trouble intended only casual and peaceful living.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      _____

Printed Name of Plaintiff   _____

### B.    For Attorneys

Date of signing:   5·15·2017

Signature of Attorney      *Silentoe K Foster*

Printed Name of Attorney   Silentoe K. Foster

Bar Number   _____

Name of Law Firm   Pro-Se

Address   9 Bertie

Alexandria                La          71301
    *City*        *State*    *Zip Code*

Telephone Number   _____

E-mail Address   lilfoster @ live.com